IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
SEP 0 3 2020
James N. Hatten, Clerk
By: [signature] Deputy Clerk

| | |
|---|---|
| CHENHSIN CHAN, | |
| Movant | CRIMINAL ACTION FILE NO. 1:14-CR-203-ODE-AJB |
| v. | |
| UNITED STATES OF AMERICA, | CIVIL ACTION FILE NO. 1:19-CV-3447-ODE-AJB |
| Respondent | |

ORDER

This criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Alan J. Baverman filed July 15, 2020 ("R&R") [Doc. 161]. No objections have been filed.

In the R&R, Judge Baverman recommends that Movant's § 2255 motion be dismissed as untimely and that a certificate of appealability ("COA") be denied. After a thorough analysis, Judge Baverman found: Movant executed his § 2255 motion twenty days late; Movant has failed to show that (1) the circumstances set forth in § 2255(f)(2)-(4) apply, (2) he is entitled to equitable tolling, or (3) he is actually innocent. Judge Baverman also found that resolution of the issues presented is not debatable; thus, a COA should be denied.

The Court having read and considered the R&R [Doc. 161] and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's § 2255 motion [Doc. 154] is DISMISSED AS UNTIMELY and a COA is DENIED.

SO ORDERED, this __3__ day of September, 2020.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE